**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**REGINALD D. FUNCHES,**

**Plaintiff,**

**v.** **Case No. 26-CV-1209**

**WILL R. DAVIS,**

**Defendant.**

---

## REPORT AND RECOMMENDATION

---

On July 9, 2026, Reginald D. Funches, who is incarcerated and representing himself, filed a civil rights complaint under 42 U.S.C. § 1983 alleging that the defendant violated his constitutional rights. (ECF No. 1.) He also moved to proceed without prepayment of the filing fee. (ECF No. 2.) On July 14, 2026, the court ordered Funches to pay an initial partial filing fee of $11.99 by August 14, 2026. (ECF No. 5.) The court warned Funches that, if by that date he did not pay the fee or explain why he cannot do so, the court would dismiss this case based on his failure to pay the fee. (*Id.* at 3.)

The August 14, 2026, deadline has passed and the court has not heard from Funches. Because the defendants have not consented to magistrate judge jurisdiction, the court will recommend that this case be dismissed without prejudice for failure to pay the initial partial filing fee.

**NOW, THEREFORE, IT IS RECOMMENDED** that Funches's complaint (ECF No. 1) be **DISMISSED without prejudice**.

**IT IS FURTHER RECOMMENDED** that Funches's motion for leave to proceed without prepayment of the filing fee (ECF No. 2) be **DENIED**.

**IT IS FURTHER RECOMMENDED** that, pursuant to 28 U.S.C. §1915(b)(1), Funches must pay the $350 statutory filing fee. Accordingly, the agency having custody of Funches shall collect from his institution trust account the $350 statutory filing fee by collecting monthly payments from Funches's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. §1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action. If Funches is transferred to another institution, the transferring institution shall forward a copy of this Order along with Funches's remaining balance to the receiving institution.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of entry of this recommendation. Failure to file a timely objection with the district judge shall result in a waiver of your right to appeal.

Dated in Milwaukee, Wisconsin this 26th day of August, 2026.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge

.