**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**REGINALD D. FUNCHES**
**Plaintiff,**

**v.** **Case No. 26-C-1209**

**WILL R. DAVIS,**
**Defendant.**

---

## ORDER

On August 26, 2026, Magistrate Judge William E. Duffin issued a decision recommending that this case be dismissed for failure to pay the filing fee. ECF No. 7. The decision was served on Plaintiff that same day. Under Federal Rule of Civil Procedure 72(b)(2) and General Local Rule 72(c), Plaintiff had 14 days to file written objections to the order. That time expired on September 9, 2026, without Plaintiff having filed an objection. Moreover, I have reviewed the order de novo and find that no part of it is erroneous or contrary to law.

**THEREFORE, IT IS ORDERED** that Magistrate Judge William E. Duffin's Report & Recommendation (ECF No. 7) is **ADOPTED** in its entirety; and this case is **DISMISSED** without prejudice based on failure to pay the filing fee. The Clerk of Court shall enter final judgment.

Dated at Milwaukee, Wisconsin this 10th day of September, 2026.

/s/ Lynn Adelman
LYNN ADELMAN
United States District Judge